UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-0495-B |
| | § | |
| LESLIE D. WARE, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER TO TRANSFER

This case is **TRANSFERRED** to the docket of the Honorable Judge David C. Godbey. All future pleadings will be filed under case number 3:15-CV-0495-N.

SO ORDERED.

SIGNED: February 18, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE