IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS | § § § § | |
| V. | § | NO. 3:14-CV-495 |
| LESLIE D. WARE ET AL | § § § § § § § | |

**PUBLIC NOTICE OF SPECIAL EXCEPTIONS**

ALL COURTS, PACER SYSTEMS, ELECTRONIC FILING SYSTEMS, RECORDS, CASES, PARTIES, NON-PARTIES, JUDGES, ATTORNEYS, BUSINESSES AND PERSONS IN THE NORTHERN DISTRICT OF TEXAS WHO ARE CURRENTLY ACCESSING THE CASE MANAGEMENT AND ELECTRONIC CASE FILING SYSTEMS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ARE HEREBY NOTIFIED THAT THERE IS NO THREAT AGAINST THE CASE MANAGEMENT AND ELECTRONIC CASE FILING SYSTEMS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, AND THE PLANNED POWER OUTAGE WILL NOT BE TAKING PLACE.

Dated:  FEB. 19, 2015                                Respectfully submitted,

                                                                              /s/Chelsea L. Davis

Chelsea L. Davis, *pro-se*
TX BAR NO. 24059652
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Texas Bar No. 24059652
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

**ATTORNEYS, WITNESSES AND DEPONENTS 1.**   Lidji Dorey & Hooper

Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

**ATTORNEYS, WITNESSES AND DEPONENTS 2.**   Goranson Bain PLLC

ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

**ATTORNEYS, WITNESSES AND DEPONENTS 3.**   Gray Reed & McGraw
    P.C. (*and* Looper Reed & McGraw)

KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600

Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com

**ATTORNEYS, WITNESSES AND DEPONENTS 4.** Jeff Hall

Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

**ATTORNEYS, WITNESSES AND DEPONENTS 5.** FOX ROTHSCHILD LLP

DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

**ATTORNEYS, WITNESSES AND DEPONENTS 6.** MILLER BROWN LLP

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

**ATTORNEYS, WITNESSES AND DEPONENTS 7.** Friedman & Feiger LLP

Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

**ATTORNEYS, WITNESSES AND DEPONENTS 8.** Gibson Dunn LLP

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300

wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900

**ATTORNEYS, WITNESSES AND DEPONENTS 9.**   Abernathy, Roeder, Boyd & Joplin, P.C.

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

**ATTORNEYS, WITNESSES AND DEPONENTS 10.**   Figari & Davenport LLC

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

**ATTORNEYS, WITNESSES AND DEPONENTS 11.**   Herring & Irwin

CHARLES HERRING
cherring@herring-irwin.com

**ATTORNEYS, WITNESSES AND DEPONENTS 12.**   Baker Botts LLP

George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com

**ATTORNEYS, WITNESSES AND DEPONENTS 13.**   Trevor R. Jefferies

Arnold & Porter LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002

Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com

**ATTORNEYS, WITNESSES AND DEPONENTS 14.**   Vanessa Griffith

Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
E-mail vgriffith@velaw.com

**ATTORNEYS, WITNESSES AND DEPONENTS 15.**   Jamie McKey

Kendall Law Group
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN

**ATTORNEYS, WITNESSES AND DEPONENTS 16.**   Levi G. McCathern, II

McCathern, PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214.741.2662 Office
214.741.4717 Fax
lmccathern@mccathernlaw.com

**ATTORNEYS, WITNESSES AND DEPONENTS 17.**   BAKER BOTTS LLP

**ATTORNEYS, WITNESSES AND DEPONENTS 18.**   Lewis T. Stevens

TX24031366
131 East Exchange Ave., No. 204
Fort Worth, TX 76164
T-817-332-4466
F-817-332-4476
lstevens@lstevenslaw.com