IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHELSEA L. DAVIS,                          §
                                           §
            Plaintiff,                     §
                                           §
v.                                         §          Civil Action No. 3:15-CV-0495-N
                                           §
LESLIE D. WARE, *et al.*,                  §
                                           §
            Defendants.                    §

## FINAL JUDGMENT

By separate Order of this same date, the Court granted Defendant Stephen Jones's

motion to dismiss for lack of jurisdiction.  Accordingly, Plaintiff Chelsea L. Davis's claims

in this action are dismissed without prejudice for lack of jurisdiction.  Court costs are taxed

against Davis. All relief not expressly granted is denied.  This is a final judgment.


        SIGNED May 15, 2015.



                                              _____
                                              David C. Godbey
                                              United States District Judge


JUDGMENT – SOLO PAGE